**NOT FOR PUBLICATION**

MAY 24 2013

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SURINDER KAUR, | No. 10-71823 |
| Petitioner, | |
| v. | Agency Nos. A076-858-660 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 14, 2013[**]

Before:      LEAVY, THOMAS, and MURGUIA, Circuit Judges.

Surinder Kaur, native and citizen of India, petitions for review of the Board

of Immigration Appeals' ("BIA") order denying her motion to reopen. We have

jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

a motion to reopen.  *Toufighi v. Mukasey*, 538 F.3d 988, 992 (9th Cir. 2008).  We deny the petition for review.

The BIA did not abuse its discretion in denying Kaur's untimely motion to reopen where the motion was filed over four years after the BIA's final decision, *see* 8 C.F.R. § 1003.2(c)(2), and Kaur failed to establish changed circumstances in India material to her claim to qualify for the regulatory exception to the time limitation, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Toufighi*, 538 F.3d at 996-97 (underlying adverse credibility determination rendered evidence of changed circumstances immaterial).

**PETITION FOR REVIEW DENIED.**